**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_LORI A. BROOKS-COURSEY_

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

_NJ DEPT. OF HUMAN SERVICES_
_COMMISSIONER - SARAH M. ADELMAN_
_OFFICE OF COUNTY COUNSEL LEGAL team_

_VIRTUA VOORHEES HOSPITAL_
_CARE TEAM STAFF & screener DOCTORS_
_MAASI SHAMILOV; MARK D. ALTAR, MD_

_HACKENSACK MERIDIAN CARRIER CLINIC_
_CARE TEAM STAFF & DOCTORS_
_- ANA UPADHYAH, MD; LAURA ENDRIZZI, APN_

_OAK INTEGRATED CARE_
_SCREENER - JEFFEREY MUELLER_

_INSPIRA MEDICAL CENTER MULLICA_
_                              Hill, NJ_
_EMERGENCY DEPT STAFF/DOCTORS/_
_SECURITY TEAM - June Long-manager of._
_              - ASHLEY KAVAKYAN  Nursing For_
                                         emergency
_(In the space above enter the full name(s) of the defendant(s). If you      services_
cannot fit the names of all of the defendants in the space provided,  - FEBE Garci.IIano,_
please write "see attached" in the space above and attach an        BSN, RN-BC, CPXP_
additional sheet of paper with the full list of names. The names     - PATIENT RELATIONS Director_
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

RECEIVED

MAY 16 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DI

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach
      additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | _LORI A. BROOKS-COURSEY_ |
| | Street Address | _332 ERIAL Rd_ |
| | County, City | _Sicklerville, NJ 08081_ |
| | State & Zip Code | _CAMDEN COUNTY_ |
| | Telephone Number | _856.257-2093_ |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _NJ DEPT. OF HUMAN SERVICES_
_Commissioner. SARAH M. ADELMAN; OFFICE OF COUNTY_
Street Address _2225. WARREN ST. TRENTON, NJ 08625-0700_ _COUNSEL LEGAL TEAM_
County, City _520 MARKET ST - 14th FLR COUNTHOUSE_
State & Zip Code _CAMDEN, NJ 08102-1375_

Defendant No. 2

Name _VIRTUA VOORHEES HOSPITAL CARE TEAM'S_
_Screening DOCTORS: MAASI SHAMILOV, MD_
Street Address _MARK D. ALTER, MD_
County, City _100 BOWMAN DR_
State & Zip Code _VOORHEES, NJ 08043_

Defendant No. 3

Name _HACKENSACK MERIDIAN CARRIER CLINIC_
_CARE TEAM & DOCTORS_
Street Address _- ANA UPADHYAH, MD; LAURA ENDRIZZI, APN_
County, City _252 COUNTY Rd Rt 601_
State & Zip Code _BELLEMEAD, NJ 08502-0147_

Defendant No. 4

Name _INSPIRA MEDICAL CENTER MULLICA HILL, NJ_
_EMERGENCY DEPT. STAFF/DOCTORS_
Street Address _+ lung    CARE TEAM - ASHLEY KOVAKY, RN_
_Manager of Nursing For Emergency Services; FEBE GARCILLANO_
County, City _706 MULLICA HILL Rd_                _BSN, RN-BC, CPXP_
State & Zip Code _MULLICA HILL, NJ 08062_

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff   ☐ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _N.J.S.A. § 30:4-27.3 (2023); O'CONNOR v. DONALDSON-422 U.S._
_INVOLUNTARY COMMITMENT WITHOUT DUE PROCESS_ _563(1975)_

-2-

III  STATEMENT OF CLAIM:                                              5-14-24

A.B.C. ① . ON 9-5-22, while at home at 332 ERIAL Rd          Pg 1
Sicklerville, NJ 08081, I called Winslow Twp Police Dept. to
Ask For assistance regarding being hacked, and
harassed. PTL, VINCENT MUSCIANESE Badge #221 was
dispatched to my home, 'Assumed I was in crisis
without knowing me. He called OAK INTEGRATED CARE-
Outreach -mental health employee, TAMIKA Brown
To evaluate me. MY HUSBAND WAS ALSO SPOKEN to.
OAK Integrated CARE STAFF DOCTOR - VENDOR, wrote
that I did not meet the criteria For INVOLUNTARY
commitment (IVC). DESPITE DR. VENDOR's decision,
JEFFREY MUELLER -mental health screener, screened
For me to be IVC'd. I never met with him.

⑤ On 9-6-22, I called Winslow Twp Emergency MEDICAL
TRANSPORT to take me to VIRTUA VOORHEES HOSPITAL
BECAUSE I was not feeling well. WHEN I Arrived, I was
Confined to the Emergency DEPT ROOM, made to change
out of my clothes, and give them to the nurse. I was
given paper scrubs to wear, and Assigned an employee
to keep me from moving about Freely. I was accompanied
to the bathroom, back to confinement room. NOTHING
was explained to me, I was not Allowed alone.
VIA telemed machine, I was evaluated by DR. MAASi
SHAMILOV, MD in the ER DEPT. I was transferred to the
Floor of VIRTUA VOORHEES HOSPITAL, assigned employees,
Around the clock, that kept me in the room, made me toilet
with the door open. I was evaluated again in the room by
DR MARK AITER, MD. BOTH psychiatrists specialized in child/
adolescent psychiatry. NEITHER DOCTOR TOLD me they were
screening me For IVC, nor was I given the opportunity
to Attend court hearing to defend myself, nor was

cont pg2 - III. STATEMENT OF CLAIM:                                    5-14-24

I represented by the Attorney's office listed on my commitment order document from CAMDEN COUNTY HAL OF JUSTICE in CAMDEN, NJ - DATED - 9/9/22, signed by JUDGE JUDITH S. CHARNY. AT VIRTUA, I was held against my will, despite asking to be discharged to home. When I left the room to go to the elevators; Security team was called to escort me back to the room; I was told by the nurse that if I didn't stay in the room, I would be given a psychotropic drug via needle (to chemically restrain me).

(3) ON 9-13-22, VIRTUA Emergency medical / transport told me to get on the stretcher so I can be taken to get an one to two hr. evaluation, AND BE returned to VIRTUA. I was taken to HACKENSACK MERIDIAN CARRIER CLINIC in BELLE MEAD, NJ., And told to get off the stretcher so I can evaluated, And this is A "one-way trip" - I'd be staying at this inpatient Facility. I refused, and asked VIRTUA EMT TO TAKE me BACK TO VIRTUA, HACKENSACK (HMCC) staff was told to forcefully remove me from the stretcher for not complying. FOUR huge ATTENDANTS put my arms behind my back to lift me off the stretcher. I asked them to stop because they were hurting me. I then got off the stretcher myself to avoid further Roughness. NEXT DAY AT HMCC, I was admitted to the FLOOR, FROM THIS HOLDING/RESTRAINT AREA. I was seen by a CARE team, And DR"u" → DR. ANU UPADHVHY DR u, evaluated me in the hallway, disregarding HIPPA For privacy; other patients were walking around us. I asked to be seen in a room, the mental health work, said if I didn't comply, he'd restrain me. I asked to spea

cont pg3 - III. STATEMENT OF CLAIM:                    5-14-24

To her superior, and I told him I wanted to leave. I continued to be held against my wishes. THE CARE TEAM told me if I didn't take the psychotropic meds and attend the facilities' activities, it would take me longer to go home because I was not complying. I told the care team that the medicine was causing me to have side effects; increased grogginess, unable to sleep without the sleep med prescribed to me at home. BENEDRYL was given to me instead, and I had a bad reaction. MY MOUTH/throat was so dried out, I became short of breath, and had a choking sensation, EVEN WHEN HYDRATING WITH WATER, IT WAS HARD TO swallow because my mucous membrane in my mouth and throat was dried out.

④ ON 9-21-22, I was discharged before the commitment hearing. ONCE HOME, I called and requested all my medical records. I attempted to expunge my civil commitment record ON NOV. 28, 2023, PRO SE (BECAUSE NO ATTY WOULD REPRESENT me-due to "WARD", I'm not sure because no one took me to court to do so. JUDGE DEBORAH SILVERMAN-KATZ, and ATTORNEY JEREMY GARSON FOR DEPT OF Human Services (NJ) WAS in Attendence.

⑤ ON Jan. 6, 2024, I went to INSPIRA MEDICAL CENTER EMERGENCY DEPT-MULLICA Hill, NJ to get checked because I didn't feel well. I drove there to get my urine and blood tested for abnormal levels at their peak, (I had UPCOMING DOCTOR's appts that week). When I saw the ADMISSION CLERK with her mobile cart, I got up to leave. ONCE AT THE EXIT DOOR AND OUT

cont pg 4 - III STATEMENT OF CLAIM:
into the lobby, the ER nurse told me I couldn't
leave, called the security guards/staff. 3-4
security guards grabbed me under my arms, tried
to lift my feet off the floor, and drag me back
to the exam room as I held onto the doorway to
prevent them from taking me back. I left against
medical advice for my safety.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? *N/A*

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**RECEIVED**

**III.   Statement of Claim:**

**MAY 16 2024**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this   M
complaint is involved in this action, along with the dates and locations of all relevant events. You may also AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
include further details such as the names of other persons involved in the events giving rise to your claims.  Do not
cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a
separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _____

_____

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

| | |
|---|---|
| **What happened to you?** | C.   Facts: _____ |

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. On FEB 24, 2022 - FEB 26, 2022, I was taken to VIRTUA VOORHEES HOSPITAL BY my cousin because I did not Feel well. As per my medical records (NOT TOLD BY CARS TEAM), I suffered a myocardial infarction (HEART ATTACK). THE ER DOCTOR TOLD my cousin to leave because I was being admitted without the doctor telling me First. I had to stay against my will, no further testing was done by FEB 26, 2022, I was not treated for the heart attack, I signed out against medical advice. BEFORE Being taken to VIRTUA, on FEB. 24, 2022, I was petrified running scared in my home from the top Floor to the basement, AWAY From the DRONES that were Around my home. THIS is the kind of Activities that I was calling to report to WINSLOW TWP POLICE DEPT, AS well As other govt. Agencies - FAA etc.

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I would like the court to make me whole by making the "bad actors" involved in my case pay the highest monetary compensation Allowed; the court to expunge my civil commitment record; A permanent restraining order to prevent these "bad actors" From further stalking, harassment 24/7 AT my Home, AND WHILE TRAVELING outside my home. TO PROSECUTE THEM FOR Exploiting me Via the new virtual technology for Artificial intelligence via devices and apps. TO PROSECUTE THE "BAD ACTORS" FOR Commandeering my home and car by hacking into my internet, alarm system, cell phones, etc.

THE FREEDOM TO NOT BE SABOTAGED by the NJ DEPT. OF HUMAN Services, making me a "WARD" without taking me to court to obtain such court order; denying me the right to defend myself, denying me attorney representation; mediators - ADR law firms denied me without a JUDGE's order.

-4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _14_ day of _MAY_____, 20_24_.

Signature of Plaintiff _L. G. Brooks-Coursey_

Mailing Address _332 ERIAL Rd_
_Sicklerville, NJ 08081_

Telephone Number _856·257-2093_

Fax Number *(if you have one)* _____

E-mail Address _TerrenceC31@comcast.net_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _L. G. Brooks Coursey_

- 5 -